■ In the Matter of GILBERTO SILVA, Petitioner, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent. [666 NYS2d 96] —Petition unanimously dismissed without costs. Memorandum: Petitioner commenced this proceeding seeking to annul a determination that he violated inmate rule 100.13, prohibiting fighting (7 NYCRR 270.2 [B] [1] [iv]). After the proceeding was transferred to this Court pursuant to CPLR 7804 (g), respondent issued an administrative order reversing the determination and directing that all references to the disciplinary proceeding be expunged. Because petitioner has obtained the relief he seeks, this proceeding is dismissed as moot (see, Matter of Free v Coombe, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Cayuga County, Corning, J.) Present—Lawton, J. P., Hayes, Wisner, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STERLING L. JAMES, Appellant. [666 NYS2d 97] —Case held, decision reserved and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: The record does not establish whether defendant was present at the Sandoval hearing. We therefore remit this matter for a reconstruction hearing (see, e.g., People v Johnson, 206 AD2d 874, 875). (Appeal from Judgment of Supreme Court, Onondaga County, Gorman, J.—Burglary, 1st Degree.) Present—Lawton, J. P., Hayes, Wisner, Callahan and Boehm, JJ.